IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**CHESTER CALHOUN,**

    **Plaintiff,**

**v.**                                                        **Civil Action No. 2:21-cv-00455**
                                                                          **Honorable Irene Berger**

**RINGLING BROS.-BARNUM & BAILEY**
**COMBINED SHOWS, INC., and JOHN**
**DOE AKA "MAUI" FROM MOANA,**

    **Defendants.**

### AMENDED NOTICE OF INDEPENDENT MEDICAL EXAMINATION

PLEASE TAKE NOTICE that, pursuant to Rule 35 of the Federal Rules of Civil Procedure, the Defendant, through counsel, Charles R. Bailey, Samuel M. Bloom and the law firm of Bailey & Wyant, PLLC will on the **16th** day of **May, 2022**, beginning at **2:00 PM** have the Plaintiff, Chester Calhoun, undergo an independent medical examination by Dr. Prasadarao Mukkamala at 1 Union Square, Suite 3, Charleston, West Virginia.

                                                                          **RINGLING BROS. – BARNUM &**
                                                                          **BAILEY COMBINED SHOWS, INC.,**
                                                                          **By Counsel,**

 /s/ Samuel M. Bloom
**Charles R. Bailey (WV Bar #0202)**
**Samuel M. Bloom (WV Bar #13739)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**sbloom@baileywyant.com**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**CHESTER CALHOUN,**

    **Plaintiff,**

v.                                                             **Civil Action No. 2:21-cv-00455
Honorable Irene Berger**

**RINGLING BROS.-BARNUM & BAILEY
COMBINED SHOWS, INC., and JOHN
DOE AKA "MAUI" FROM MOANA,**

    **Defendants.**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **Amended Notice of Independent Medical Examination** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Wednesday, May 11, 2022:

Stephen E. Hastings
Raj A. Shah
Hendrickson & Long, PLLC
214 Capital St.
Charleston, WV 25301
rshah@handl.com
*Counsel for Chester Calhoun*

    /s/ Samuel M. Bloom
**Charles R. Bailey (WV Bar #0202)
Samuel M. Bloom (WV Bar #13739)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
cbailey@baileywyant.com**

**sbloom@baileywyant.com**